**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON,**
**AT SEATTLE**

RICHARD JAMES DIDZUN, an individual, on behalf of himself and persons similarly situated,

Plaintiff,

vs.

THE HOME DEPOT, INC., a foreign corporation, and HOME DEPOT USA, INC., a foreign corporation,

Defendants.

Case No. 2:21-cv-01540 RSL

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**

Plaintiff Richard James Didzun ("Plaintiff") and Defendants The Home Depot, Inc. and Home Depot USA, Inc. (collectively, "Home Depot") have filed their Stipulated Joint Motion for an extension of time, up through and including December 17, 2021, for Home Depot to answer or otherwise respond to Plaintiff's Amended Complaint ("Amended Complaint"). The Court, having reviewed the pleadings and supporting documents on file:

IT IS HEREBY ORDERED THAT:

1. The Stipulated Motion for Extension of Time for Home Depot to answer or otherwise respond to Plaintiff's Amended Complaint is hereby GRANTED.

2. Home Depot shall file its Answer or other responsive pleading in response to Plaintiff's Amended Complaint no later than December 17, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Dated this 19th day of November, 2021.

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Kyle D. Nelson*
Laurence A. Shapero, WSBA No. 31301
Kyle D. Nelson, WSBA No. 49981
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7057
Facsimile: (206) 693-7058
Email: laurence.shapero@ogletree.com
kyle.nelson@ogletree.com

*Attorneys for Defendants Home Depot, Inc. and Home Depot USA, Inc.*

Approved as to Form; Presentation Waived:

BADGLEY MULLINS TURNER, PLLC

By: */s/ Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: dturner@badgleymullins.com

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 2
Case No. 2:21-cv-01540-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

NORTHSHORE LAW GROUP, PLLC

By: */s/ Abel M. Tsegga*

Abel M. Tsegga, WSBA No. 46349
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Telephone: (206) 697-4878
Facsimile: (206) 512-1106
Email: abel@northshorelawgroup.com

*Attorneys for Plaintiff Richard James Didzun*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 3
Case No. 2:21-cv-01540-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058