UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD JAMES DIDZUN, an individual; IAN McANDREWS and KATE McANDREWS, individually and for their marital community; on behalf of themselves and persons similarly situated;<br><br>          Plaintiffs,<br>     v.<br><br>THE HOME DEPOT, INC., a foreign corporation, and HOME DEPOT USA, INC.;<br><br>          Defendants. | No. 2:21-cv-01540 RSL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION** |

## STIPULATION

The parties stipulate and agree, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 10(g) as follow:

1. On July 22, 2022, the parties filed their Joint Motion to Continue Trial Date and Amend Case Schedule. Dkt. #30.

2. On July 25, 2022, the Court Granted the parties' Motion to Continue and set March 7, 2023 as the deadline for Plaintiffs to file their Motion for Class Certification. Dkts. #31 & 32.

STIPULATION AND ORDER TO EXTEND
TIME TO FILE MOTION FOR CLASS
CERTIFICATION - 1
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

3. During Plaintiffs' preparation of class certification materials, an issue was discovered which will likely require additional Home Depot to produce additional documentary evidence which Plaintiffs believe is relevant to fulfilling the requirements of Fed. R. Civ. P. 23, as well as Home Depot's objections thereto.

4. The parties require additional time to resolve this issue, and thus, good cause exists to extend the current class certification deadline by six (6) weeks.

5. The extension of time for Plaintiffs to file the Motion for Class Certification will not prejudice the parties or unduly delay these proceedings.

Therefore, the parties respectfully request that the deadline for Plaintiffs to file their Motion for Class Certification shall be extended by six (6) weeks. The new deadline to file a Motion for Class Certification shall be **Tuesday, April 18, 2023**, and the motion shall be noted on the court's calendar for the fifth Friday thereafter.

STIPULATED AND AGREED:   March 6, 2023

**BADGLEY MULLINS TURNER PLLC**

*/s/Mark A. Trivett*
Mark A. Trivett, WSBA No. 46375
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Ste. 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email:  dturner@badgleymullins.com
        mtrivett@badgleymullins.com
*Attorneys for Plaintiffs*

**NORTHSHORE LAW GROUP, PLLC**
*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. 46349

STIPULATION AND ORDER TO EXTEND
TIME TO FILE MOTION FOR CLASS
CERTIFICATION - 2
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

144 Railroad Ave. Ste. 308
Edmonds, WA 98020
Telephone: (206) 697-4878
Facsimile:   (206) 512-1106
Email: abel@northshorelawgroup.com
*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T:  (206) 693-7057
F: (206) 693-7058
Email: Laurence.shapero@ogletree.com
*Attorneys for Defendants*

*/s/ Evan R. Moses*
Evan R. Moses, CA Bar #198099 (*Pro Hac Vice*)
400 South Hope Street, Suite 1200
Los Angeles , CA 90071
T: 213-438-5851
F: 213-239-9045
Email: evan.moses@ogletree.com
*Attorneys for Defendants*

STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION - 3
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

# ORDER

**IT IS SO ORDERED** this <u>  7th  </u> **day of** <u>  March  </u>, **2023**:

*[signature: M S Lasnik]*

<u>                             </u>
Hon. Robert S. Lasnik

Presented by:

**BADGLEY MULLINS TURNER PLLC**

*/s/Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
Mark A. Trivett, WSBA No. 46375
19929 Ballinger Way NE, Ste. 200
Seattle, WA 98155
Telephone:  (206) 621-6566
Email:  dturner@badgleymullins.com
          mtrivett@badgleymullins.com
*Attorneys for Plaintiffs*

**NORTHSHORE LAW GROUP, PLLC**

*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. 46349
144 Railroad Ave. Ste. 308
Edmonds, WA 98020
Telephone: (206) 697-4878
Facsimile:  (206) 512-1106
Email: abel@northshorelawgroup.com
*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T:  (206) 693-7057

STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION - 4
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1 | F: (206) 693-7058
Email: Laurence.shapero@ogletree.com
2 | **Attorneys for Defendants**

3

4 | /s/ Evan R. Moses
Evan R. Moses, CA Bar #198099 (*Pro Hac Vice*)
5 | 400 South Hope Street, Suite 1200
Los Angeles, CA 90071
6 | T: 213-438-5851
F: 213-239-9045
7 | Email: evan.moses@ogletree.com
**Attorneys for Defendants**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO EXTEND
TIME TO FILE MOTION FOR CLASS
CERTIFICATION - 5
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686