## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RICHARD JAMES DIDZUN, an individual; IAN McANDREWS and KATE McANDREWS, individually and for their marital community; on behalf of themselves and persons similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a foreign corporation, and HOME DEPOT USA, INC.;<br><br>Defendants. | No. 2:21-cv-01540 RSL<br><br>**STIPULATION AND ORDER TO STRIKE CASE SCHEDULE AND TRIAL DATE** |

### **STIPULATION**

The parties stipulate and agree, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 10(g) as follow:

1. On July 22, 2022, the parties filed their Joint Motion to Continue Trial Date and Amend Case Schedule. Dkt. #30.

2. On July 25, 2022, the Court Granted the parties' Motion to Continue and set March 7, 2023 as the deadline for Plaintiffs to file their Motion for Class Certification. Dkts. #31 & 32.

STIPULATION AND ORDER TO STRIKE CASE
SCHEDULE AND TRIAL DATE - 1
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

3. On March 6, 2023, the parties jointly requested the Court extend the deadline for filing of the Plaintiffs' class certification materials by six weeks. Dkt. #35. The Court granted this request and reset the deadline to April 18, 2023. Dkt. #36.

4. During the collaborative preparation of that stipulated request, the parties expressed mutual interest in participating in a pre-certification mediation. The Parties have agreed on potential mediators and are in the process of finalizing a mediation date in either May or June 2023.

5. The parties require additional time to explore a potential agreed resolution of this dispute, without the distraction or expense of simultaneous certification briefing, and thus, the parties believe good cause exists to strike the trial date pending the outcome of the approaching mediation.

Therefore, the parties respectfully request that the Court STRIKE the current trial date and case schedule (Dkt. #31) to allow them to focus their efforts on preparing for mediation.

**STIPULATED AND AGREED:**     April 17, 2023

> **BADGLEY MULLINS TURNER PLLC**
>
> */s/Mark A. Trivett*
> Mark A. Trivett, WSBA No. 46375
> Duncan C. Turner, WSBA No. 20597
> 19929 Ballinger Way NE, Ste. 200
> Seattle, WA 98155
> Telephone: (206) 621-6566
> Email: dturner@badgleymullins.com
>         mtrivett@badgleymullins.com
> ***Attorneys for Plaintiffs***

STIPULATION AND ORDER TO STRIKE CASE
SCHEDULE AND TRIAL DATE - 2
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

**NORTHSHORE LAW GROUP, PLLC**
*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. 46349
144 Railroad Ave. Ste. 308
Edmonds, WA 98020
Telephone: (206) 697-4878
Facsimile:   (206) 512-1106
Email: abel@northshorelawgroup.com
*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T:  (206) 693-7057
F: (206) 693-7058
Email: Laurence.shapero@ogletree.com
*Attorneys for Defendants*

*/s/ Evan R. Moses*
Evan R. Moses, CA Bar #198099 (*Pro Hac Vice*)
400 South Hope Street, Suite 1200
Los Angeles , CA 90071
T: 213-438-5851
F: 213-239-9045
Email: evan.moses@ogletree.com
*Attorneys for Defendants*

STIPULATION AND ORDER TO STRIKE CASE
SCHEDULE AND TRIAL DATE - 3
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

## ORDER

The Court, having considered the Parties' Stipulated Motion herein, STRIKES the current case schedule and trial date (Dkt. #31) to allow the Parties to prepare for mediation.

If either party cancels the mediation without the intent to reschedule, or if the parties failed to reach resolution at mediation, the parties shall submit a joint status report within fourteen (14) days of either occurrence notifying the Court and proposing a new class certification deadline and trial date.

Dated this 18th day of April, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO STRIKE CASE SCHEDULE AND TRIAL DATE - 4
(No. 2:21-cv-01540 RSL)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686