1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7
8
9
10
11
12
13
14
15

| | |
|---|---|
| RICHARD JAMES DIDZUN, an individual; IAN McANDREWS and KATE McANDREWS, individually and for their marital community; on behalf of themselves and persons similarly situated;<br><br>      Plaintiffs,<br><br> v.<br><br>THE HOME DEPOT, INC., a foreign corporation, and HOME DEPOT USA, INC.;<br><br>      Defendants. | No.  2:21-cv-01540 RSL<br><br>**STIPULATED MOTION TO MODIFY DEADLINES AND ORDER** |

16

**I.  STIPULATION.**

17

  Plaintiffs Richard Didzun, Ian McAndrews, and Kate McAndrews (collectively,

18

"Plaintiffs") and Defendants The Home Depot, Inc. and Home Depot USA, Inc. (collectively,

19

"Home Depot"), move the Court by stipulation to modify the deadlines set forth in the Court's

20

Order Granting Preliminary Approval. Dkt. #51, pg. 7, §K.

21

  The Notice Mailing Deadline was August 22, 2024. Home Depot provided Simpluris, the

22

Court-appointed administrator, with Class Members' contact information on August 22, 2024.

23

This was a prerequisite to preparing settlement notices for distribution prior to the deadline.

24

Thus, Simpluris was unable to meet the deadline.

25
26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Based on the date it received data from Home Depot, Simpluris expects to distribute notices to Class Members on or about **September 5, 2024.** This is fourteen (14) days after the Court's prescribed distribution deadline.

Presently, the relevant deadlines are as follows:

| ACTION | DATE |
|---|---|
| Notice Mailing Date | August 22, 2024 |
| Exclusion/Objection Deadline | October 22, 2024 |
| Administrator's Report of Exclusion Requests | November 7, 2024 |
| Responses to Objections Submitted | November 22, 2024 |

The current schedule for final approval provides a buffer of approximately four weeks between the completion of briefing (November 22, 2024) and the Final Approval Hearing (December 19, 2024). As such, the Parties respectfully request the Court extend the following deadlines by approximately sixteen (16) days, to allow Class Members the requisite opportunity to respond to distributed notices.

| ACTION | DATE |
|---|---|
| Notice Mailing Date | September 6, 2024 |
| Exclusion/Objection Deadline | November 7, 2024 |
| Administrator's Report of Exclusion Requests | November 22, 2024 |
| Responses to Objections Submitted | December 9, 2024 |

The proposed schedule preserves the forty-five (45) period for Class Members' to respond to mail/e-mailed notices, while allowing ten (10) days for court-review of the Parties' briefing, and Class Members' objections (if any).

**STIPULATED AND AGREED:**  August 27, 2024.

**BADGLEY MULLINS TURNER PLLC**

*/s/Mark A. Trivett*
Mark A. Trivett, WSBA No. 46375
Duncan C. Turner, WSBA No. 20597
19910 50th Avenue W., Suite 103

STIPULATED MOTION TO MODIFY
DEADLINES AND ORDER - 2
No. 2:21-cv-01540 RSL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Ave.  W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566
FAX 206.621.9686

Lynnwood, WA 98036
Telephone:  (206) 621-6566
Email: mtrivett@badgleymullins.com;
dturner@badgleymullins.com
**Attorneys for Plaintiffs**

**NORTHSHORE LAW GROUP, PLLC**
*/s/Abel M. Tsegga*
Abel M. Tsegga, WSBA No. 46349
144 Railroad Ave. Ste. 308
Edmonds, WA 98020
Telephone: (206) 697-4878
Facsimile:   (206) 512-1106
Email: abel@northshorelawgroup.com
**Attorneys for Plaintiffs**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*/s/ Laurence A. Shapero*
Laurence A. Shapero, WSBA No. 31301
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T:  (206) 693-7057
F: (206) 693-7058
Email: Laurence.shapero@ogletree.com
**Attorneys for Defendants**

*/s/ Evan R. Moses*
Evan R. Moses, CA Bar #198099 (*Pro Hac Vice*)
400 South Hope Street, Suite 1200
Los Angeles , CA 90071
T: 213-438-5851
F: 213-239-9045
Email: evan.moses@ogletree.com
**Attorneys for Defendants**

STIPULATED MOTION TO MODIFY
DEADLINES AND ORDER - 3
No. 2:21-cv-01540 RSL

**BADGLEY MULLINS TURNER** PLLC
19910 50ᵗʰ Ave.  W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566
FAX 206.621.9686

## II.  ORDER.

The Court, having considered the Parties' Stipulated Motion to Modify Deadlines, finds that good cause exists to modify the present deadlines related to distribution and responses to the Court-approval settlement notice. Therefore, the Court GRANTS the Parties' Motion and MODIFIES the relevant deadlines, as described in §K, pg. 7, of the Order Granting Preliminary Approval (Dkt. #51) to those set forth below:

| ACTION | DATE |
|---|---|
| Notice Mailing Date | September 6, 2024 |
| Exclusion/Objection Deadline | November 7, 2024 |
| Administrator's Report of Exclusion Requests | November 22, 2024 |
| Responses to Objections Submitted | December 9, 2024 |

Except for those deadlines set forth above, all other deadlines and the scheduled Final Approval Hearing remain unmodified.

Dated this 28th day of August, 2024.

*Mur S Lasnik*

Robert S. Lasnik
United States District Judge

BADGLEY MULLINS TURNER PLLC
19910 50ᵗʰ Ave. W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566
FAX 206.621.9686